LAFAYETTE & KUMAGAI LLP
SUSAN T. KUMAGAI (State Bar No. 127667)
REBECCA K. KIMURA (State Bar No. 220420)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:     (415) 357-4600
Facsimile:     (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT PLAN NO. 1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN CREER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>Defendant. | Case No. 2:09 CV 02210 MCE KJM<br><br>**ORDER GRANTING DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO. 1'S  REQUEST TO SEAL DOCUMENTS**<br><br>Trial Date:  January 30, 2012<br>Complaint Filed:  August 10, 2009 |

The Court having considered Defendant AT&T Umbrella Benefit Plan No. 1's Request to Seal Documents, and good cause having been shown,

IT IS HEREBY ORDERED that Defendant's request is GRANTED.

IT IS HEREBY FURTHER ORDERED that Exhibits B and D to the Declaration of Nancy Watts In Support of Defendant AT&T Umbrella Benefit Plan No. 1's Motion for Summary Judgment shall be filed under seal.

///
///
///
///
///
///

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1          IT IS HEREBY FURTHER ORDERED that Defendant's Request to Seal Documents,

2   and supporting declaration, also be filed under seal.

3          IT IS ORDERED.

4

5   DATE:  June 29, 2011

6

7                                                    _____
                                                     MORRISON C. ENGLAND, JR.
8                                                    UNITED STATES DISTRICT JUDGE

9

10

11

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT AT&T UMBRELLA BENEFIT PLAN NO.          2
1'S  REQUEST TO SEAL DOCUMENTS (Case No. 2:09 CV 02210 MCE KJM)