UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GWENDOLYN CREER, an
individual,                              No. 2:09-cv-02210-MCE-CKD

       Plaintiff,

   v.                                          **ORDER**

AT&T UMBRELLA BENEFIT
PLAN NO. 1,

       Defendant.


----oo0oo----


    Pending resolution of the parties' cross-motions for summary
judgment (ECF Nos. 31 and 36), the Court hereby vacates the bench
trial in this matter currently set for February 27, 2012.  The
Final Pretrial Conference on calendar for December 15, 2011 is
also vacated, as are all other deadlines associated with the
February 27, 2012 trial as set forth in the Court's Minute Order
dated July 20, 2011.

///

///

1

1    The Court will issue a revised Pretrial Scheduling Order as

2 may be necessary following disposition of the above-described

3 summary judgment motions.

4    IT IS SO ORDERED.

5
Dated: November 22, 2011

6

7    _____

8    MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2